# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.

NOEL SWANSON, a foreign individual,
and VIRGILIO LOPES, a foreign
individual,

               Plaintiffs,

v.

NATURAL DIAMONDS INVESTMENT
CO., a Florida corporation,

               Defendant.

_____/

## COMPLAINT FOR DAMAGES

Plaintiffs, NOEL SWANSON and VIRGILIO LOPES sue Defendant, NATURAL DIAMONDS INVESTMENT CO., and in support state:

1. This is an action for damages in excess of $75,000.00 and jurisdiction is proper pursuant to 28 USC §1332.

2. Plaintiff, NOEL SWANSON ("SWANSON"), is sui juris and a resident of British Columbia, Canada.

3. Plaintiff, VIRGILIO LOPES ("LOPES"), is sui juris and a resident of Alberta, Canada.

4. Defendant, NATURAL DIAMONDS INVESTMENT CO. ("NATURAL DIAMONDS"), is a Florida corporation with its principal place of business in Palm Beach County, Florida.

5. All conditions precedent to the institution of this action have been satisfied,

excused or waived.

6. In February, 2015, SWANSON entered into an Investor Agreement with NATURAL DIAMONDS whereby SWANSON loaned NATURAL DIAMONDS the sum of $100,000.00 to be used by NATURAL DIAMONDS for the purchase of rare, natural diamonds. A copy of the Natural Diamonds' Investor Agreement is attached as *Plaintiffs' Exhibit #1.*

7. The Investor Agreement required NATURAL DIAMONDS to pay SWANSON the sum of $2,000.00 per month payments on the loan.

8. On or about February 17th, 2015, SWANSON wired the sum of $100,000.00 to NATURAL DIAMONDS.

9. Approximately one month later, the initial Investor Agreement was revised to include Ceu Alves, the wife of SWANSON. A copy of the *revised* Natural Diamonds' Investor Agreement is attached as *Plaintiffs' Exhibit #2*.

10. On January 16th, 2015, NATURAL DIAMONDS executed a Negotiable Promissory Note in favor of SWANSON associated with the $100,000.00 investment made by SWANSON. A copy of the Negotiable Promissory Note is attached as *Plaintiffs' Exhibit #3*.

11. The Negotiable Promissory Note also required NATURAL DIAMONDS to make monthly payments of $2,000.00 per month to SWANSON for 24 successive months.

12. Thereafter, Natural Diamonds made regular payments of $2,000.00 per month for 24 months to SWANSON.

13.    On or about February 9th, 2017, SWANSON and NATURAL DIAMONDS
       entered into a Re-Investor Agreement whereby SWANSON agreed that
       NATURAL DIAMONDS could continue to utilize SWANSON'S original
       investment of $100,000.00 for an additional 24 months. A copy of the Re-Investor
       Agreement is attached as *Plaintiffs' Exhibit #4.*

14.    On January 16th, 2017, NATURAL DIAMONDS executed a Negotiable
       Promissory Note on Re-Investment Agreement in favor of Swanson. A copy of
       the Negotiable Promissory Note on Re-Investment Agreement is attached as
       *Plaintiffs' Exhibit #5.*

15.    In a similar fashion, LOPES loaned money to Defendant.

16.    On or about January 16th, 2015, LOPES entered into an Investor Agreement with
       NATURAL DIAMONDS whereby LOPES loaned NATURAL DIAMONDS the
       sum of $100,000.00 to be used by NATURAL DIAMONDS for the purchase of
       rare, natural diamonds. A copy of the Natural Diamonds' Investor Agreement is
       attached as *Plaintiffs' Exhibit #6.*

17.    The Investor Agreement required NATURAL DIAMONDS to make monthly
       payments to LOPES of $2,000.00.

18.    On or about January 16th, 2015, LOPES wired the sum of $100,000.00 to
       NATURAL DIAMONDS.

19.    Also on or about January 16th, 2015 NATURAL DIAMONDS executed a
       Negotiable Promissory Note in favor of LOPES associated with the $100,000.00
       investment made by LOPES. A copy of the Negotiable Promissory Note is

attached as *Plaintiffs' Exhibit #7*.

20.    The Negotiable Promissory Note also called for NATURAL DIAMONDS to make monthly payments of $2,000.00 per month to LOPES for 24 successive months.

21.    Thereafter, Natural Diamonds made regular payments of $2,000.00 per month for 24 months to LOPES.

22.    On or about February 3rd, 2017, LOPES and Natural Diamonds entered into a Re-Investor Agreement whereby NATURAL DIAMONDS could continue to use LOPES' investment of $100,000.00 with a co-commitment obligation of NATURAL DIAMAONDS to pay LOPES interest for 24 months. A copy of the Re-Investor Agreement is attached as *Plaintiffs' Exhibit #8*.

23.    On January 16th, 2017, NATURAL DIAMONDS executed a Negotiable Promissory Note on Re-Investment Agreement in favor of Lopes. A copy of the Negotiable Promissory Note on Re-Investment Agreement is attached as *Plaintiffs' Exhibit #9*.

24.    NATURAL DIAMONDS has defaulted under the Re-Investor Agreements and Negotiable Promissory Notes on Reinvestment Agreements with both SWANSON and LOPES by failing to make timely interest payments in the amount of $2,000.00 per month to SWANSON and LOPES after February 9th, 2017.

25.    NATURAL DIAMONDS has made only one of the payments due after the execution of the Re-Investor Agreements between SWANSON and NATURAL

DIAMONDS and LOPES and NATURAL DIAMONDS.

26.     NATURAL DIAMONDS has defaulted under the Re-Investor Agreements and

Negotiable Promissory Note on Re-Investment Agreements with SWANSON and

LOPES by failing to make timely monthly payments in the amount of $2,000.00

to LOPES after the Re-Investor Agreement and Negotiable Promissory Note was

signed in or about January and February, 2017.

### COUNT I - BREACH OF RE-INVESTOR AGREEMENT AND NEGOTIABLE PROMISSORY NOTE ON REINVESTMENT AGREEMENT AS TO SWANSON

27.     SWANSON re-alleges and incorporate paragraphs 1-14 and 24-26.

28.     As more fully set forth above, NATURAL DIAMONDS has defaulted under the

Re-Investment Agreement and Negotiate Promissory Note on Reinvestment

Agreement with SWANSON by failing to make payments when due.

29.     SWANSON has suffered damages in the amount of $46,000.00, which is the total

amount of past due and accelerated payments, and $100,000.00 representing the

unreturned initial investment.


WHEREFORE, Plaintiff NOEL SWANSON demands judgment against Defendant

NATURAL DIAMONDS INVESTMENT CO. for $146,000.00, prejudgment interest, court

costs and attorney's fees in accordance with the Note.

## COUNT II - BREACH OF RE-INVESTOR AGREEMENT AND NEGOTIABLE PROMISSORY NOTE ON REINVESTMENT AGREEMENT AS TO LOPES

30.     LOPES re-alleges and incorporate paragraphs 1-5 and 15-26.

31.     As more fully set forth above, NATURAL DIAMONDS has defaulted under the Re-Investment Agreement and Negotiate Promissory Note on Reinvestment Agreement with LOPES by failing to make payments when due.

32.     LOPES has suffered damages in the amount of $46,000.00, which is the total amount of past due payments, and $100,000.00 representing the unreturned initial investment.

**WHEREFORE**, Plaintiff, VIRGILIO LOPES, demand judgment against Defendant, NATURAL DIAMONDS INVESTMENT CO., for the principal balance of $146,000.00, prejudgment interest, court costs and attorney's fees pursuant to the Note.

Dated this 11th day of June, 2018.

**JOEL B. BLUMBERG, ESQUIRE**
Counsel for Plaintiffs
200 Butler Street, Suite 307
West Palm Beach, Florida 33407
Telephone: (561) 683-5900
Joel@creditorcollections.com

By:
Joel B. Blumberg, Esquire
Florida Bar No. 727164